IN RE SMITH

No. 28PC

Case below: 50 NC App 417

Petition by Nationwide Mutual Fire Insurance Company for discretionary review under G.S. 7A-31 denied 7 April 1981.


KENT v. HUMPHRIES

No. 125

Case below: 50 NC App 580

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 April 1981.


LUMBER CO. v. BROOKS, COMR. OF LABOR

No. 22PC

Case below: 50 NC App 294

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1981. Motion of Comr. of Labor to dismiss appeal for lack of substantial constitutional question allowed 7 April 1981.


MABRY v. FULLER-SHUWAYER CO.

Case No. 19PC

Case below: 50 NC App 245

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981.


PARKER v. WINDBORNE

Case No. 18PC

Case below: 50 NC App 410

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 April 1981.